IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-cr-00460-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FLAVIANO MENDEZ-AGUIRRE,

        Defendant.

_____

ORDER
_____

On November 13, 2006, the Grand Jury indicted the defendant, Flaviano Mendez-Aguirre, of illegal reentry after commission of an aggravated felony, 8 U.S.C. § 1326(a) & (b)(2). On March 12, 2007, Mr. Mendez-Aguirre moved for appointment of new counsel. On April 3, 2007, I granted the motion, allowing the Assistant Public Defender to withdraw, and new counsel was appointed.

During a hearing on May 2, 2007, Mr. Mendez-Aguirre expressed dissatisfaction with his second attorney and made orally what could be taken to be a second motion for new counsel. The representations that Mr. Mendez-Aguirre and his counsel made on the record provide no reason to question the competent assistance that defense counsel is providing. Instead, the substance of Mr. Mendez-Aguirre's complaint is that his second attorney has not obtained from the Government a plea agreement offer that meets his own conception of what the sentencing guidelines should provide. This is an insufficient ground for the appointment of a third attorney.

For that and the other reasons stated on the record during the May 2, 2007 hearing, it is ORDERED that:

1) Mr. Mendez-Aguirre's oral motion for new counsel is DENIED;

2) trial shall commence **Tuesday, May 29, 2007 at 9:00 A.M.**;

3) a final trial preparation conference shall occur **Friday, May 25, 2007 at 11:00 A..M.**;

4) a further status and scheduling / change of plea hearing shall occur **Thursday, May 17, 2007 at 10:30 A.M.**.

Dated: May   2  , 2007 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge